## SMOLOWITZ v. ORBACH.

(Supreme Court, Appellate Term, First Department.   May 8, 1913.)

EVIDENCE (§ 135*)—FRAUD—OTHER TRANSACTIONS.

Permitting a witness, in an action for false representations, to testify to false representations made by defendant, on a previous occasion, to witness, to induce him to enter into a contract, is error.

[Ed. Note.—For other cases, see Evidence, Cent. Dig. §§ 392, 394, 404, 405; Dec. Dig. § 135.*]

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by Mathias Smolowitz against Julius Orbach.   From a judgment for plaintiff after a jury trial, defendant appeals.   Reversed, and new trial ordered.

Argued April term, 1913, before GUY, GERARD, and PAGE, JJ.

Charles W. Gould, of New York City, for appellant.

L. E. Schlecter, of New York City, for respondent.

PER CURIAM.   Action for false representations alleged to have been made to plaintiff by defendant.   A witness, over the exception and objection of defendant, was allowed to testify as to false representations made to him by defendant on a previous occasion, and in order to induce him (the witness) to enter the partnership.   This was harmful error, for which the judgment must be reversed.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.